UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LESTER GERARD MORAN (#127405)

VERSUS                                            CIVIL ACTION

JAMES LEBLANC, ET AL                              NUMBER 12-278-BAJ-SCR

## NOTICE

   Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
   In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

   ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

   Baton Rouge, Louisiana, March 26, 2013.

                                    _____
                                    STEPHEN C. RIEDLINGER
                                    UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LESTER GERARD MORAN (#127405)

VERSUS                                                CIVIL ACTION

JAMES LEBLANC, ET AL                                  NUMBER 12-278-BAJ-SCR

**SUPPLEMENTAL MAGISTRATE JUDGE'S REPORT**

On January 29, 2013, the plaintiff was ordered to show cause why the complaint should not be dismissed for failure to serve the defendants pursuant to Rule 4(m), Fed.R.Civ.P.[1]

On February 22, 2013, a Magistrate Judge's Report was issued recommending that the plaintiff's complaint be dismissed, without prejudice, pursuant to Rule 4(m), Fed.R.Civ.P.[2] The report stated that the plaintiff failed to respond to the show cause order.[3] Plaintiff filed an objection to the Magistrate Judge's Report in which he asserted that he responded to the show cause order.[4] Plaintiff attached as an exhibit a copy of a letter dated January 31, 2013 and addressed to the undersigned.[5] The letter does not

---

[1] Record document number 23.

[2] Record document number 24.

[3] *Id.* at 2.

[4] Record document number 25.

[5] Record document number 25-2.

have a case caption, is in the form of a letter, and was not also sent to the Clerk of Court so that it would be filed in the record. The undersigned has determined that since the plaintiff's letter was received on February 13, 2013, the letter will now be considered as a response to the show cause order.

In his letter response to the show cause order, the plaintiff asserted that he sent the summons and service of process forms to his mother's attorney. Plaintiff asserted that he also sent his mother a letter in December 2012 informing her that he sent the summons and service of process forms to her attorney and instructed her to give her attorney $250 so that the attorney could make out a check or money order in the amount of $250 for service by the United States Marshal. Plaintiff contended that his mother apparently did not receive his letter and the attorney did not respond to his request.

Despite being aware that his mother and her attorney have not responded to his requests for their help, as of this date the plaintiff has still not paid the service fee deposit, and the Form 285 sent to the plaintiff on December 17, 2012 has still not been returned. The record evidence supports a finding that the failure to timely effect service was due to the "dilatoriness or fault" of the plaintiff, and that the plaintiff has not shown good cause for failure to timely serve the defendants.

For the reasons set forth in the Magistrate Judge's Report

issued February 22, 2013, as supplemented herein, the plaintiff's complaint should be dismissed, without prejudice, pursuant to Rule 4(m), Fed.R.Civ.P.

## RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed, without prejudice, pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, March 26, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE