UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LESTER GERARD MORAN (127405)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NUMBER 12-278-BAJ-SCR

**RULING and ORDER OF DISMISSAL**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation (doc. 24) and the Report and Recommendation (doc. 26) of United States Magistrate Judge Stephen C. Riedlinger and the objections filed by plaintiff (docs. 25 and 27).

The Court hereby approves the report and recommendations of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's complaint is hereby dismissed, without prejudice, pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, April 30, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA